Date signed June 29, 2006



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JOSEPH E. BATEMAN, JR. | : | Case No. 05-90532PM |
| | : | Chapter 13 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| TIMOTHY P. BRANIGAN, TRUSTEE | : | |
| | : | |
| Apellant | : | |
| vs. | : | |
| | : | |
| JOSEPH E. BATEMAN, JR. | : | |
| | : | |
| Appellee | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

## CERTIFICATION OF BANKRUPTCY COURT
## REGARDING INTERLOCUTORY APPEAL

Pursuant to Local Rule 404.5 of the United States District Court for the District of Maryland, it is, by the United States Bankruptcy Court for the District of Maryland,

CERTIFIED as to the Interlocutory Appeal filed by Timothy P. Branigan, Chapter 13 Trustee, that in the opinion of this court:

    1. The interlocutory Order involves a controlling question of law;

    2. There is less than substantial ground for difference of opinion as to this court's ruling from which an appeal is sought to be taken, as evidenced by the opposition of the United States Trustee to the Motion to Dismiss the case; and

      3.  This immediate appeal will materially advance the ultimate termination of this case.

cc:    Timothy P. Branigan, Esquire
P.O. Box 1902
Laurel MD 20725-1902

John L. Daugherty, Esq.
Asst. U.S.
6305 Ivy Lane, #600
Greenbelt  MD  20770

W. Clarkson McDow, Jr., Esq.
U.S. Trustee
1815 Assembly Street, #953
Columbia SC 29201

Louis Fiechtner
8401 Corporate Drive, 445
Landover MD 20785

Joseph E Bateman, Jr.
6752 Aralia Avenue
Saint Leonard, MD 20685

**End of Certification**